1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-08070 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Guillermo Marquez, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Guillermo Marquez, in the principal amount of $1,000.00 plus interest accrued to September 12, 2012, in the sum of $1,338.50; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**2,425.50**.

DATED: 10/15/2012          By: TERRY NAFISI
                               Clerk of the Court

                               _____
                               Deputy Clerk
                               United States District Court