JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Guillermo Marquez,<br><br>　　　　　　Defendant | No. CV A 12-08070<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Guillermo Marquez, in the principal amount of $1,000.00 plus interest accrued to September 12, 2012, in the sum of $1,338.50; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$2,425.50**.

DATED: 10/15/2012           By: Terry Nafisi
                                Clerk of the Court

                                _____
                                Deputy Clerk
                                United States District Court